IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Phillip Rick Tucker and Neill Whiteley, § § | |
| Plaintiffs, § § | |
| v. § | Civil Action No. H-25-2770 |
| § | |
| Cyberlux Corporation § | |
| and Mark D. Schmidt, § § | |
| § | |
| Defendants. § | |

## ORDER OF ADOPTION

The Court has carefully considered the Magistrate Judge's Memorandum and Recommendation (docket no. 39) dated August 14, 2025, and Plaintiffs' Stipulation "to transfer of the case, and other recommendations according to Judge Ho's Memorandum and Recommendation dated August 14, 2025" (docket no. 40) and concludes that the Memorandum and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiffs Phillip Tucker and Neill Whiteley's Amended Motion for Remand (docket no. 17) is **DENIED** and the original Motion for Remand (docket no. 15) is **DENIED AS MOOT**.

It is further **ORDERED** that Plaintiffs Phillip Tucker and Neill Whiteley's Motion for Temporary Restraining Order and Preliminary Injunctive Relief (docket no. 20) is **DENIED** and its prior versions (docket nos. 18 and 19) are **DENIED AS MOOT**.

It is further **ORDERED** that Defendants Cyberlux Corporation and Mark D. Schmidts' Motion to Confirm Termination of the State Court's TRO (docket no. 9) is **DENIED AS MOOT**.

It is further **ORDERED** that Defendants Cyberlux Corporation and Mark D. Schmidts' Rule 12(b)(3) Motion to Dismiss or, alternative, to Transfer Venue (docket nos. 7 and 8) are **GRANTED IN PART** and this action is **TRANSFERRED** to the U.S. District Court for the Middle District of North Carolina, Durham Division, pursuant to 28 U.S.C. 1404(a).

**SIGNED** at Houston, Texas, on this the 19th day of August, 2025

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE